UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JEFFREY E. DUNLAP,

    Petitioner,

v.                                  3:06-cv-07

TONY PARKER, Warden,

    Respondent.

## **MEMORANDUM AND ORDER**

      This petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 was filed in the United States District Court for the Western District of Tennessee, Eastern Division, and transferred to this court. The petitioner has not paid the required $5.00 filing fee nor has he submitted a proper application to proceed *in forma pauperis*.[1] The Clerk is **DIRECTED** to

---

[1] Although petitioner submitted an application to proceed *in forma pauperis*, he did not submit a trust fund account statement or a certificate from a prison official as to the balance in his trust fund account. For that reason, the United States District Court for the Western District of Tennessee specifically did not address the application to proceed *in forma pauperis*.

send petitioner an application to proceed *in forma pauperis*. The Clerk is further **DIRECTED** to hold the petition for thirty (30) days pending receipt of the $5.00 filing fee or the application to proceed *in forma pauperis*. Petitioner is advised that failure to pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed will result in the automatic dismissal of this action without further notice by the Clerk of Court.

**E N T E R:**

      s/ Thomas W. Phillips
    United States District Judge