UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JEFFREY E. DUNLAP | ) | |
| | ) | |
|    *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-007 |
| | ) | *Phillips* |
| TONY PARKER, Warden | ) | |
| | ) | |
|    *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** as time-barred and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

   **E N T E R:**

                                                             s/ Thomas W. Phillips
                                                       United States District Judge